# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 234

In Re the Adoption of H.W.L., a minor

| | |
|---|---|
| R.L.L., | Petitioner and Appellee |
| v. | |
| A.R.L., and Wayne Salter as Executive Director of the North Dakota Department of Human Services, | Respondents |
| and | |
| C.F.R., | Respondent and Appellant |

## No. 20240289

Appeal from the District Court of Ramsey County, Northeast Judicial District, the Honorable Donovan J. Foughty, Judge.

AFFIRMED.

Per Curiam.

Victoria Konidaris, Fargo, ND, for petitioner and appellee.

Tracy E. Reames, Fargo, ND, for respondent and appellant.

## Adoption of H.W.L.
## No. 20240289

**Per Curiam.**

[¶1]  C.F.R. claims the district court erred in finding by clear and convincing evidence that he abandoned his child, thereby allowing another person to adopt H.W.L. without C.F.R.'s consent. C.F.R. also claims the court abused its discretion by terminating his parental rights and granting a petition for adoption. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4). *See Interest of J.C.*, 2024 ND 9, ¶¶ 7, 22, 2 N.W.3d 228.

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr